UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 19-1206 JGB (SHKx)** | Date | January 12, 2022 |
|---|---|---|---|
| Title | ***Juan Horacio Romero v. Stevens Transport, Inc., et al.*** | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause for Failure to Prosecute (IN CHAMBERS)**

On March 19, 2021, the Court ordered Plaintiff Juan Horacio Romero and Defendants Stevens Transport, Inc. and Samuel Babatope Ajayi (collectively, "Defendants") to meet and confer and to submit new proposed pretrial conference and trial dates to the Court by March 29, 2021.  (Dkt. No. 18.)  The parties have failed to meet the deadline set by the Court.  Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  Accordingly, the Court, on its own motion, orders Mr. Romero to show cause in writing on or before **January 18, 2022**, why this action should not be dismissed in its entirety for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the Plaintiff is due.


**IT IS SO ORDERED.**