JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HORACIO ROMERO, | CASE NO. 5:19-cv-01206-JGB-SHKx |
| Plaintiff, | ORDER |
| vs. | |
| STEVENS TRANSPORT, INC., SAMUEL BABATOPE AJAYI and DOES 1 TO 100, inclusive, | |
| Defendants, | |

The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: February 2, 2022

_____
United States District Judge

ROBERT B. GIBSON, State Bar No. 162347
JEFFREY S. HUGHES, State Bar No. 152728
1851 E. First Street, Suite 650
Santa Ana, CA 92705
Phone: (714) 547-8377
Facsimile: (714) 547-8378

Attorneys for Plaintiff

1
ORDER